UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE LEE DANIELS,

    Petitioner,

v.                                     Case No: 8:17-cv-348-T-30TGW

UNITED STATES DISTRICT COURT,

    Respondent.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. The Court issued an Order to Show Cause (Doc. 2) on February 22, 2017 directing Petitioner to show cause within forty-five days as to why his motion to vacate, set aside or correct sentence (Doc. 1) should not be dismissed as time-barred. Petitioner has failed to timely respond to the Order to Show Cause. The Court, thus, concludes Petitioner's motion should be dismissed as untimely.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    This cause is DISMISSED without prejudice.

2.    Any pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of April, 2017.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record